UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

-against-

JOHN DOE, subscriber assigned IP address 68.132.224.28,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALL
DOC #:
DATE FILED: 6/6/18

17-CV-8958 (AT) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the First Amended Complaint and summons filed June 4, 2018. The Court notes that these documents have been filed in two versions: an original version, which uses defendant's given name (filed under seal) and a redacted version (filed on the public docket at Dkt. No. 19). No proof of service has been filed to date. The Court calls plaintiff's attention to the Order dated January 10, 2018 (Dkt. No. 15), which permitted the defendant "to litigate this case anonymously unless and until the Court orders otherwise." In order to permit the defendant to litigate this case anonymously, plaintiff is directed to refile its First Amended Complaint in a manner that preserves the defendant's anonymity: that is, by identifying defendant as "John Doe, subscriber assigned IP address 68.132.224.28" (as the case was previously captioned), thus obviating the need for filing two versions of the pleadings. If and when defendant is served, defendant may similarly respond to the First Amended Complaint by filing an answer or other responsive pleading under that fictitious name.

    Plaintiff is directed to serve a copy of this Order on the defendant along with the refiled First Amended Complaint and summons.

    The Clerk of Court is directed to strike the entry at Dkt. No. 19.

Dated: New York, New York
       June 6, 2018

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge