UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
STRIKE 3 HOLDINGS, LLC,                                     :
                                                            :   Case No. 1:17-cv-08958-AT-BCM
                    Plaintiff,                              :
                                                            :
            vs.                                             :
                                                            :   [PROPOSED] ORDER TO
JOHN DOE subscriber assigned IP address                     :   SHOW CAUSE FOR DEFAULT
68.132.224.28,                                              :   JUDGMENT
                                                            :
                    Defendant.                              :
------------------------------------------------------------X
```

Upon the affidavit of Jackie M. James the _____ day of _____ , _____, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room_____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ ____, _____ , at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure in favor of Plaintiff, Strike 3 Holdings, LLC, for the following relief:

1. Pursuant to Fed. R. Civ. P. 55(b)(2), directing that a default judgment, as to liability, be entered against Defendant [REDACTED];

2. Permanently enjoin Defendant from continuing to infringe Plaintiff's copyrighted Works;

3. Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's Works from each of the computers under Defendant's possession, custody or control;

4. Order that Defendant delete and permanently remove the infringing copies of the Works Defendant has on computers under Defendant's possession, custody or control; and

5. Plaintiff's incurred costs in this case in the amount of $580.00, which includes a statutory filing fee of $400.00 and process service fees of $180.00.

6. Award Plaintiff statutory damages of $750 per infringed Work infringed pursuant to 17 U.S.C. § 504(a) and (c), for a total of $35,250.00.

And it is further that a copy of this order, together with the papers upon which it is granted, be personally served upon the defendant [REDACTED] at his last known address at [REDACTED] or his counsel on or before_____ o'clock in the _____ noon _____, and that such service shall be deemed good and sufficient thereof.


DATED: New York, New York

    _____


ISSUED: _____

                                                _____
                                                United States District Judge