```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2018___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                  Plaintiff,

    -against-

JOHN DOE subscriber assigned IP address 68.132.224.28,

                  Defendant.

17 Civ. 8958 (AT) (BCM)

**ORDER TO SHOW CAUSE
FOR DEFAULT**

ANALISA TORRES, District Judge:

    On September 26, 2018, Plaintiff moved by order to show cause for default judgment against Defendant. ECF No. 35. Plaintiff attached an affidavit with accompanying exhibits in support. *Id.* It is ORDERED that:

1. On **November 5, 2018**, at **2:00 p.m.** in Courtroom 15D, 500 Pearl Street, New York, New York, 10007, Defendant shall appear to show cause why the Court should not enter a default judgment against ▮ pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear.

2. By **October 10, 2018**, Plaintiff shall serve copies of this Order to Show Cause and supporting papers by personal service upon the Defendant ▮ at ▮ last known address at ▮ ▮ counsel.

3. By **October 12, 2018**, Plaintiff shall file on the docket (1) proof of service, and (2) the supporting papers that were served upon Defendant.

4. By **October 19, 2018**, Defendant shall respond to Plaintiff's motion.

5. By **October 26, 2018**, Plaintiff shall submit a reply, if any.

SO ORDERED.

Dated: October 3, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge