USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------X
                                              :
STRIKE 3 HOLDINGS, LLC,                       :
                                              :        Case No. 1:17-cv-08958-AT-BCM
                              Plaintiff,       :
                                              :        ORDER FOR DEFAULT
        :                                     :             JUDGMENT
                vs.                    :       :
                                              :
JOHN DOE subscriber assigned IP address       :
68.132.224.28,                                :
                                              :
                              Defendant.      :
----------------------------------------------------------------X
```

## DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment Against

Nickhil Gupta ("Motion"). Having considered the Motion, being otherwise duly advised in the

premises, and good cause appearing, the Court hereby

**FINDS:**

1.   The address of Plaintiff is:

     Strike 3 Holdings, LLC
     c/o The James Law Firm, PLLC
     445 Hamilton Avenue, Suite 1102
     White Plains, New York 10601

2.   The name and address of Defendant is:

     Nickhil Gupta
     200 North End Ave. Apt. 7L
     New York, NY 10282

3.   The IP address assigned to Defendant is 68.132.224.28.

4.   This Court has jurisdiction over the subject matter of this case and the parties.

5.   Venue is proper in this District.

6.   The Amended Complaint states claims for direct copyright infringement, in

violation of 17 U.S.C. § 101 upon which relief may be granted against Defendant.

7.      Defendant has failed to plead or otherwise defend against Plaintiff's Amended Complaint in this action.

8.      Default was entered as to Defendant on August 24, 2018.

9.      Defendant is not a minor, incompetent person or in active military service.

10.     By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's Amended Complaint.

11.     Under Count I of the First Amended Complaint, Defendant is hereby found liable to Plaintiff for committing direct copyright infringement.

12.     Defendant will continue to cause Plaintiff irreparable injury. Specifically, there is an existing threat of continued violations of Plaintiff's exclusive rights to reproduce, distribute, perform and display the 47 copyrighted works listed on Exhibit A attached hereto (the "Works") through Defendant's use of the BitTorrent protocol to upload and download the Works between and among peer users without authorization from Plaintiff.

13.     There will be no injury to Defendant caused by entry of a permanent injunction requiring Defendant to cease infringing Plaintiff's Works.

14.     Entry of a permanent injunction against Defendant is in the public interest because it "will protect copyrighted material and encourage compliance with the Copyright Act." *Malibu Media, LLC v. Ofiesh*, No. 16 Civ. 202, 2017 WL 2633526, at *3 (N.D.N.Y. June 19, 2017).

15.     In accordance with Federal Rule of Civil Procedure 65(d), this Default Judgment shall be binding upon Defendant and all other persons in active concert or participation with Defendant who receives actual notice of this Default Judgment.

16.     Plaintiff has submitted a Declaration demonstrating that Plaintiff expended a total of $580.00 in costs, which amount this Court finds reasonable.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that Defendant Nickhil Gupta:

(a) shall pay to Plaintiff the sum of $35,250.00 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $580.00 for costs, as authorized under 17 U.S.C. § 505, making a total of $35,830.00, **for which let execution issue forthwith**;

(b) shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

(c) be and hereby is enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Plaintiff.

(d) Be and is hereby ordered to destroy all copies of Plaintiff's works that the Defendant Nickhil Gupta has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant Nickhil Gupta's possession, custody, or control.

(e) The Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Default Judgment Order.

**DONE AND ORDERED** this 20th day of _November_, 2018.

By: _____

Analisa Torres, United States District Judge

3

Exhibit A

Location: New York, NY
Total Works Infringed: 47

IP Address: 68.132.224.28
ISP: Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 09/04/2017 05:54:17 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 05974F8D127A7CB3120300D0D833B828F6586EEAC | Vixen | 09/06/2017 22:17:39 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 3 | 0681EEA1B385BB2E4D17D60A7199420ACB89AE30 | Vixen | 07/13/2017 20:05:43 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 4 | 0816221732BC4896963154493E8F3147C94085662 | Vixen | 08/28/2017 06:46:37 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 5 | 0D72B710324FE82044BA0A219E709B5B9600EFEA | Tushy | 10/16/2017 11:27:24 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 6 | 10021B76CEB8F0F319SC21F344D33CCCFC8556A6 | Vixen | 07/09/2017 17:34:22 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 7 | 1630D7C6E6B40F13EB1F086AD58ED30022DD250 | Tushy | 09/28/2017 20:26:09 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 8 | 17BFC1D094E1168CF066DD74A1CEF1F1E1000853 | Vixen | 09/01/2017 12:09:46 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 9 | 1B78EB808C3721099C83D0751428594E497DF2FA6 | Blacked | 05/25/2017 15:57:31 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 10 | 2394A3CA55E833B26449F7972B939CCD22845554 | Tushy | 06/06/2017 01:03:16 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 11 | 29823D6304D16EA7DD941297B6EB8CDF50F529BF | Blacked | 07/20/2017 00:24:20 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 12 | 319A231EAE063FCB03583D70123E38BE8C41FB80 | Tushy | 10/11/2017 20:28:21 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 13 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/30/2017 23:51:49 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 14 | 3710T7D709399CD5D5D227EF421460DEED14EEDC8 | Blacked | 06/09/2017 22:05:44 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 15 | 3CFD8E4ABC482AAC4752907ED49983F0348FA55E3 | Vixen | 07/09/2017 16:55:24 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 16 | 43484134D4259093B9E6C9DCAECCE5C46E67A30C | Tushy | 07/21/2017 04:29:20 | 07/20/2017 | 08/11/2017 | PA0002046869 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 43D5AADB5699D50F9B695E6629D7DC6C80D5AB7C3 | Blacked | 06/30/2017 11:18:52 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 18 | 455AA3E3457F108A25179EA6FC222C5085AC8DC8 | Tushy | 10/07/2017 05:25:14 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 19 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 09/17/2017 08:27:34 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 20 | 45BF7EB23F27DC9DC9248593820S885CD270A56 | Vixen | 07/18/2017 22:41:02 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 21 | 4AC06E51E076CD2F2DF9C10766A5476E71CED94D | Tushy | 08/20/2017 17:20:28 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 22 | 53D80BDAE79AF9E60867CB2BE67214FAD86C73FF | Vixen | 05/11/2017 19:22:27 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 23 | 66882F762900D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 06/16/2017 10:56:09 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 24 | 6F13F21893235B59D63B36858B2BEED788F60DE68 | Tushy | 07/06/2017 15:34:39 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 25 | 74488841FBB42F946CD4154C276090AF77E5334A | Blacked | 07/26/2017 22:09:13 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 26 | 8578E84315C1726CA00BD19A6FB228412A348BC0 | Blacked | 08/24/2017 02:00:04 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 27 | 8C8D488DB74C2BC102D415FC0AFF487B7A63384B | Blacked | 07/06/2017 07:11:51 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 28 | 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF | Tushy | 07/06/2017 02:42:52 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 29 | 99099AF89690F9A3E78614F2186AEB276547B8D4D | Blacked | 08/29/2017 04:39:12 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 30 | AA9ED9DD3EFDAACDB6CD24DAF7D42F7DA848DE20 | Blacked | 05/25/2017 15:34:26 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 31 | AF3EAC07C13B33319321FFF96D2C2F9392DBAD54 | Tushy | 06/12/2017 21:19:17 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 32 | B27151168789DF0A57EE68486AFE3F2D827638A1 | Tushy | 07/10/2017 21:52:42 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 33 | B3EDAE07D111508ACF6784AD39D692CEF8F0A7EF | Vixen | 07/06/2017 05:51:26 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 34 | B46F6346223A7EF85430AF036DDCC40D553422E04 | Blacked | 09/24/2017 02:18:34 | 09/22/2017 | 10/02/2017 | 15894023159 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B4FC2280092E23C15AC5504F8903203E8A2EFF07 | Vixen | 10/02/2017 04:14:38 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 36 | BA56E5B5046674DA138E28F486D0488322AEBB262 | Tushy | 07/18/2017 22:37:49 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 37 | BA5BF8C177F7B23945304FAAE0384411D910F7451 | Tushy | 07/06/2017 15:34:54 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 38 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/13/2017 00:24:42 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 39 | BFB2B95313B46890B26D639A35EB2E07BD8B730D | Blacked | 06/23/2017 01:28:18 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 40 | C60CE7DB09CA47DC29995BBF77ACE148872E3A29 | Vixen | 05/11/2017 03:38:47 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 41 | C8393D46AE9C7AFC3907055798CAE49F18D9C9FB | Blacked | 09/18/2017 00:22:49 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 42 | D8F64BC3740763BFBA96D8D923F561C417E389F8 | Blacked | 07/09/2017 21:01:29 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 43 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/11/2017 23:59:58 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 44 | E9C1DA960780A49DE3A9008C44BBE4AFE347AB7B | Vixen | 08/09/2017 00:51:26 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 45 | ED7066BDB70A52BA3E8705E2E45873A2AA13C466 | Vixen | 10/16/2017 22:12:02 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 46 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/07/2017 19:57:17 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 47 | FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31 | Tushy | 07/31/2017 01:10:44 | 07/30/2017 | 08/11/2017 | 15711086778 |